IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:09CR291
                               )
       v.                      )
                               )
JOHN R. BRIASCO,               )         ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's statement of appeal (Filing No. 37) of the detention order of the magistrate judge (Filing No. 17).  The Court has reviewed the pretrial services report and the briefs of the parties and finds that defendant's appeal should be denied.  Accordingly,

IT IS ORDERED:

1) The detention order of the magistrate judge is approved and adopted;

2) Defendant's appeal concerning detention is denied.

DATED this 20th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court